**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ALAN C. MEADOWS, | CASE NO. 1:11 CV 2378 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| v. | **MEMORANDUM OF OPINION AND ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Before the Court is the Report and Recommendation of Magistrate Judge Greg White issued and mailed to Plaintiff Alan Meadows on September 25, 2012 ("R&R") (Doc #: 21). Plaintiff seeks judicial review of the decision of the Commissioner of Social Security denying his application for a Period of Disability, Disability Insurance Benefits, and Supplemental Security Income. (Doc #: 1.) The Magistrate Judge recommends affirming the Commissioner's decision and dismissing Plaintiff's complaint.

Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(emphasis added). In this case, 27 days have elapsed since the R&R was issued, and Plaintiff has filed neither an objection nor a request for an extension of time to file one.

The failure to timely file written objections to an R&R constitutes a waiver of a de novo

determination by the district court of an issue covered in the report.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Despite the lack of objection, the Court has reviewed the Magistrate Judge's thorough, well-written R&R, agrees with the Magistrate Judge's findings, and **ADOPTS** the Magistrate's recommendation that the Commissioner's decision be **AFFIRMED** and the complaint **DISMISSED**.

**IT IS SO ORDERED.**

 */s/ Dan A. Polster     October 22, 2012*
**Dan Aaron Polster**
**United States District Judge**